NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ARTHUR A. GENOVESE, III,           )
DOC #Y09175,                       )
                                   )
          Appellant,               )
                                   )
v.                                 )          Case No. 2D18-3959
                                   )
STATE OF FLORIDA,                  )
                                   )
          Appellee.                )
_____ )

Opinion filed April 5, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Charlotte County; George C. Richards,
Judge.

Arthur A. Genovese, III, pro se.


PER CURIAM.


          Affirmed.


KHOUZAM, BLACK, and LUCAS, JJ., Concur.